ORIGINAL          8

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America )
v. )
D-1 PIOTR LISIECKI )
)
)
)
)
)

*Defendant(s)*

**Case:2:16-mj-30387**
**Judge: Unassigned,**
**Filed: 08-28-2016 At 11:20 AM**
**CMP: USA v LISIECKI (MAW)**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    AUGUST, 26 2016    in the county of    ST. CLAIR    in the

EASTERN    District of    MICHIGAN   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1324(a) | PIOTR LISIECKI, on or about AUGUST 26, 2016 within the Eastern District of Michigan, did knowingly, or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transport, harbor, or shield from detection, or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violations of law |

This criminal complaint is based on these facts:

(SEE ATTACHED AFFIVDAVIT)

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joshua Andrews, Border Patrol Agent
*Printed name and title*

~~Sworn to before me and signed in my presence.~~ JA
**Sworn before me by reasonable electronic means on**

Date:    08/28/2016

_____
*Judge's signature*

City and state:    Detroit, Michigan

Elizabeth Stafford
*Printed name and title*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

STATE OF MICHIGAN        :

                      : ss.  A F F I D A V I T

COUNTY OF WAYNE       :

I, Border Patrol Agent Joshua Andrews, swear and affirm as follows:

1.      I am a Border Patrol Agent (BPA) with the United States Border Patrol (USBP), Customs and Border Protection (CBP), Department of Homeland Security (DHS). I am currently a Task Force Agent assigned to Homeland Security Investigations (HSI), at The Office of the Special Agent in Charge/Detroit, Michigan (SAC/DT), and have been so assigned since approximately August 2014. I am also a graduate of the United States Border Patrol Academy. I entered on duty with the USBP on October 17, 2005 at the Tucson Border Patrol Station in Tucson, Arizona. In approximately January 2009 I transferred to the Gibraltar Border Patrol Station in Gibraltar, Michigan. I have been employed by the USBP for almost eleven (11) years. In addition, I possess a Bachelor of Arts Degree in History from the University of South Florida in Tampa, Florida and a Juris Doctor from the University of Detroit Mercy School of Law in Detroit, Michigan. I am also a member of the Washington District of Columbia Bar. As part of my daily duties as an HSI Task Force Agent, I investigate criminal violations relating to Human Smuggling including violations pertaining to alien smuggling, in violation of 8 U.S.C. § 1324.

2.      This affidavit is made in support of a criminal complaint and arrest warrant for LISIECKI, Piotr (date of birth: 04/24/1969).  Because this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant I have not included each and every fact known to me concerning this investigation.  I have set forth only those facts that I believe are necessary to establish probable cause to believe that LISIECKI, Piotr has violated 8 U.S.C. § 1324(a)(1)(A)(ii)(Alien Smuggling).

3.      Based upon the following, there is probable cause to believe LISIECKI did knowingly, or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transport, harbor, or shield from detection, or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violations of law, all in violation of 8 U.S.C. 1324(a)(1)(A)(ii).  Accordingly, this Affiant respectfully requests that this Court issue an arrest warrant.

## DETAILS OF INVESTIGATION

### Encounter

4.      On August 26, 2016 HSI SAC/DT received information from Customs and Border Protection (CBP), United States Border Patrol (USBP) that a boat had been encountered with six illegal alien occupants in the Port Huron, Michigan area.

5.      Port Huron, MI is a small city situated directly on the bank of the Saint Clair River.  The St. Clair River serves as the border between the United States and Canada.  In some locations, the St. Clair River is less than a quarter mile wide, and it only takes a few minutes to traverse the river in a vessel.  The Black River divides the city of Port Huron, and its banks are lined with marinas, restaurants, and residences.  The Black River flows southeast through the city and

connects to the St. Clair River. During the summer months, the high volume of maritime traffic on both the Black River and the St. Clair River can provide plenty of opportunities for illicit cross border traffic to blend in with the legitimate vessel traffic. The Canadian side of the St. Clair River contains the city of Sarnia as well as multiple marinas that also have high volumes of maritime traffic throughout the boating season.

6. On August 17, 2016, Canadian law enforcement officials contacted the United States Border Patrol with information about "Sacrebleu," a Michigan registered vessel with registration number MC8368SS. Research showed the owner of "Sacrebleu" as Piotr LISIECKI.

7. Records checks revealed LISIECKI had overstayed his visa and he appeared to be out of status for immigration purposes and amenable to removal proceedings (deportation).

8. Later, on August 23, 2016, Marysville Border Patrol Station personnel located the boat "Sacrebleu" moored at the River Street Marina in Port Huron, Michigan. Intermittent surveillance was then set up by Border Patrol personnel.

9. On August 26, 2016, at approximately 1130 am, Marysville Border Patrol Station personnel observed two individuals, a male and a female, board the boat "Sacrebleu" and left the marina and headed to Canadian waters.

10. During this time, USBP personnel communicated to Canadian law enforcement partners alerting them of the boat heading to Canada. Personnel from the Royal Canadian Mounted Police (RCMP) were also able to perform surveillance of the boat "Sacrebleu" and both USBP and RCMP were able to covertly surveil the vessel from afar.

11. The "Sacrebleu" vessel made landfall into Canada at approximately 1:00 pm by pulling into the Sarnia Yacht Club in Point Edward, Ontario, Canada. RCMP was later able to observe

the vessel in the yacht club. RCMP also observed a van pull up to the vessel and witnessed four to five people board the vessel at approximately 1:45 pm hours and subsequently the vessel left Canada at approximately 1:50 pm hours. RCMP also communicated to USBP that "the female passenger who was on the boat going to Canada from the United States originally, was now no longer on the boat and was now in the van that dropped off the other people who were now heading back towards the United States.

12.     Once the "Sacrebleu" exited the yacht club in Canada and began to head towards the United States, USBP maintained surveillance and observed the boat come back to the United States. USBP also observed the boat driver as a male who was later identified as LISIECKI, drive the "Sacrebleu" back to the River Street Marina where it originally left the United States.

13.     At approximately 2:40 pm the "Sacrebleu" landed at the River Street Marina and tied up at a dock. Approximately five minutes later, three female subjects exited the "Sacrebleu" and walked along the sidewalk in the marina near the boat. At that time, uniformed US Border Patrol Agents approached the three individuals and identified themselves and then questioned the three subjects as to their immigration status and citizenship. Two of the females stated they were from Poland and the third female stated she was from Canada.

14.     USBP personnel also approached the "Sacrebleu" vessel and questioned the other remaining occupants of the boat. All subjects associated onboard the "Sacrebleu" were subsequently taken back to the Marysville Border Patrol Station and determined to be in the United States illegally. In total, six subjects were arrested: Piotr LISIECKI (principal) and the five smuggled illegal aliens: (1) DOLINSKA, Mona; (2) HAUF, Maria; (3) HAUF, Jan; (4) KOWALSKI, Roman; and (5) KOWALSKA, Wanda.

### Interviews

15.     All six occupants of the boat were interviewed at the Marysville Border Patrol Station by United States Border Patrol Agents and Homeland Security Investigations Special Agents on August 26, 2016 and in the early morning of August 27, 2016. All interviews were videotaped and all subjects were read their Miranda rights. Moreover, four passengers in the boat were given a photo lineup of six pictures. Of note, one passenger (Maria Hauf) was able to pick out the boat driver (Piotr Lisiecki) out of the lineup. The other three boat passengers did not pick out Lisiecki's picture in the photo lineup as the driver of the boat. The following are brief summaries of two interviews:

16.     Statement of Piotr Lisiecki:

Lisiecki falsely claimed that he is a United States Citizen, but born in Poland. However, he stated he could not find his Birth Certificate. Of note, records checks revealed that LISIECKI is in fact a citizen of Poland and not a United States citizen.

Concerning the arrest on August 26, 2016, Lisiecki stated he had never used this particular boat he was operating and it was the first time he had traversed the Black River and the St. Clair River. Lisiecki stated that he was under contract with a company named Sail Time Company in Chicago to take some people out for a boat ride on the St. Clair River. Lisiecki stated he was going to be paid one thousand dollars by Sail Time after about seventeen days when he returned to Chicago. Concerning the boat trip on August 26, 2016, Lisiecki stated that he never entered into Canada by never touching dry land. Instead, he claimed that he picked up five people at the River Street Marina in the United States and later returned to that same marina due to one of the passenger's becoming sick.

17. Statement of Wanda Kowalska:

Kowalska stated that she traveled to Canada recently on August 18, 2016. Kowalska stated that while in Canada, in a park, she learned about a way to be smuggled illegally into the United States. Concerning the arrest on August 26, 2018, Kowalska stated that while in Canada, she rode in a van with other people to a boat marina. While at the boat marina, she boarded a yacht and traveled to the United States via boat. She stated that upon arrival into the United States she was arrested by military looking personnel (note: these people she described as military were actually United States Border Patrol Agents). Kowalska stated that she would pay $500 to be taken across the river via boat into the United States.

18. Statement of Maria Hauf:

Hauf stated that she left Poland and traveled to Canada. Recently, in Toronto, Canada, she and her husband met a man at a local McDonald's restaurant. That man they met at the McDonald's drove them to a marina in Canada. Hauf also stated the man who took them to the marina was different than the man who drove the boat to the United States.

During the interview, Hauf was given a photo lineup consisting of six different pictures of people, one of whom was the photograph of the boat driver, Piotr Lisiecki. Of note, Piotr Lisiecki's photograph was number six in the lineup. Hauf viewed the photo lineup and wrote on the ICE Form I-378A Witness Identification Response of Live/Photographic Lineup Display: "No. 6, I recognize the face that I was with him on the boat 60-70 percent, I believe that it was him who drove the boat".

Hauf stated that payment for being smuggled into the United States would be made after her and her husband arrived into the United States. Hauf also stated that the arrangements for her travel

into the United States were made in Poland possibly by her husband. Hauf also stated that her motivation to come into the United States was to have a better life.

19. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

20. The human smuggling of all passengers in the boat occurred in the Eastern District of Michigan.

21. As set forth above, there is probable cause to believe that LISIECKI has violated 8 U.S.C. § 1324(a)(1)(A)(ii).

Joshua Andrews

BPA/Task Force Agent. DHS/ICE

Subscribed
**Sworn before me by reasonable electronic means on**
this 28th day of August 2016

ELIZABETH STAFFORD

UNITED STATES MAGISTRATE JUDGE